UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RODNEY C. PRATT, | ) | Civil Action No. 5: 16-355-DCR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Electronically Filed** |
| V. | ) | |
| | ) | |
| GAIL L. GIESE, COMMONWEALTH OF KENTUCKY, FINANCE AND ADMINISTRATION CABINET, OFFICE OF THE CONTROLLER, DIVISION OF STATE RISK AND INSURANCE SERVICES | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their respective counsel, hereby give notice that they have agreed to the terms of a settlement. The parties are in the process of preparing and finalizing a Settlement Agreement and will file a Stipulated Dismissal as soon as they have executed the Settlement Agreement. The Parties respectfully request that the Court stay all proceedings and deadlines in this matter pending the filing of the Stipulated Dismissal.

Respectfully submitted,

 /s/ J. Eric Rottinghaus
Philip Taliaferro, III (69700)
J. Eric Rottinghaus (89252)
Taliaferro, Carran & Cowherd
1005 Madison Avenue
Covington, Kentucky 41011
Telephone: (859) 291-9900
Facsimile: (859) 291-3014
erottinghaus@tmsck.com
ATTORNEYS FOR PLAINTIFF

   /s/ R. Craig Reinhardt (per email authority 7/27/17)
R. Craig Reinhardt, Esq.
Reinhardt & Associates, PLC
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
Phone: (859)277-7100
Fax:  (859)277-0070
creinhardt@reinhardtlaw.com
ATTORNEY FOR DEFENDANT,
GAIL GIESE

/s/ Langdon R. Worley (per email authority 7/27/17)
Ernest H. Jones, II, Esq.
Langdon Ryan Worley, Esq.
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone: 859-255-8581
Facsimile: 859-231-0851
E-mail: hjones@sturgillturner.com
E-mail: lworley@sturgillturner.com
COUNSEL FOR DEFENDANTS,
COMMONWEALTH OF KENTUCKY, et al.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2017, I electronically filed the foregoing Eighth Joint Status through the Court's ECF system, which will send a notice of electronic filing to: Philip Taliaferro, III, Esq., J. Eric Rottinghaus, Esq., R. Craig Reinhardt, Esq., Neal J. Manor, Esq., Ernest H. Jones, II, Esq., and Langdon Ryan Worley, Esq.

   /s/ J. Eric Rottinghaus